IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01608-LTB-PAC

BERTHA CRESPIN, individually and as Personal Representative to the Estate of GEORGE CRESPIN, deceased,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate Settlement Conference [filed April 20, 2006] is **GRANTED** as follows:

    The Settlement Conference set for May 2, 2006 is *vacated and reset* to **August 28, 2006 at 1:30 p.m.**, 5th Floor, Arraj Courthouse.  In order that productive settlement discussions can be held, counsel shall submit **two** settlement documents: one to be mailed to the other party or parties, and the other to be electronically mailed only to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.   The settlement documents are to be submitted no later than **August 23, 2006** and shall contain confidential comments to the Magistrate Judge, any comments about perceived weaknesses in the case, and any comments which would be helpful to the Magistrate Judge in assisting the parties to reach a settlement, including authority from the client.

    Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

Dated:  April 25, 2006