**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01608-LTB-PAC

BERTHA CRESPIN, individually and as Personal Representative of the Estate of GEORGE CRESPIN, deceased,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal (Doc 25 - filed July 18, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                      BY THE COURT:

                      s/Lewis T. Babcock
                      Lewis T. Babcock, Chief Judge

DATED: July 19, 2006